AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| DUKES BRIDGE, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5491 CV 10 |
| SECURITY LIFE OF DENVER INSURANCE CO. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITY LIFE OF DENVER INSURANCE COMPANY

Date:    06/23/2011

*Attorney's signature*

Robert W. Hellner (RWH -2956)
*Printed name and bar number*

420 Lexington Avenue, Suite 2104
New York, New York 10170
*Address*

hellner@litchfieldcavo.com
*E-mail address*

(212) 818-0572
*Telephone number*

(212) 434-0105
*FAX number*